IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

THE PROVIDENT BANK d/b/a
PCFS MORTGAGE RESOURCES,

    Plaintiff,

v().                                           No. 1-04-1017-T
                                              Judge James D. Todd
TENNESSEE FARMERS MUTUAL            S. Thomas Anderson,
INSURANCE COMPANY,                   Magistrate Judge

    Defendant.

---

### ORDER

---

This matter came before the Court on the defendant's Motion for Extension of Time to Respond to the Plaintiff's Motion for Partial Summary Judgment as to Declaratory Judgment Action, Extension of Scheduling Deadlines and New Trial; and it appearing to the Court that the motion is well taken and should be granted; it is, therefore,

ORDERED, ADJUDGED and DECREED that the parties' expert disclosure deadline be extended to _____8-31-05_____, that the parties' deposition deadline be extended to _____10-31-05_____, that the parties' dispositive motion deadline and the time in which the defendant has to respond to the plaintiff's Motion for Partial Summary Judgment be extended to _____11-30-05_____, and that this matter be reset for trial on __3-6-06__.

                                          _James D. Todd_
                                          JUDGE
                                          DATE: _20 May 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __05-25-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01017 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Michael F. Rafferty
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable James Todd
US DISTRICT COURT